# United States Court of Appeals

## For the Eighth Circuit

_____

No. 13-2565

_____

DeAndre Jerome Barnes

*Plaintiff - Appellant*

v.

Minnesota Department of Corrections; Tom Roy; Bruce Reiser; Greg Smith;
Jeanette Wilson; Virginia Mandac

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: May 20, 2014
Filed: June 5, 2014
[Unpublished]

_____

Before BYE, COLLOTON, and BENTON, Circuit Judges.

_____

PER CURIAM.

Inmate DeAndre Jerome Barnes appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Upon de novo review of the record, see Beck v. Skon, 253 F.3d 330, 332-33 (8th Cir. 2001), we find no basis for overturning the district court's well-reasoned opinion. We also find no abuse of discretion in the denial of appointed counsel. See Ward v. Smith, 721 F.3d 940, 942 (8th Cir. 2013) (per curiam) (no constitutional or statutory right to counsel in civil case). The judgment of the district court is affirmed. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota, now retired.